ACCEPTED
12-14-00244-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/28/2014 4:12:58 PM
CATHY LUSK
CLERK

## CASE NO. 12-14-00244-CV
### TRIAL COURT CASE NO. 28-2014

| | | |
|---|---|---|
| IN THE MATTER OF THE | )( | IN THE COURT OF APPEALS |
| ESTATE OF THELMA | )( | |
| PAULINE TAYLOR ERWIN, | )( | THE TWELFTH APPELLATE |
| Deceased, | )( | DISTRICT OF TEXAS |

RECEIVED IN
12TH COURT OF APPEALS
TYLER, TEXAS
12/28/2014 4:12:58 PM
CATHY S. LUSK
Clerk

## MOTION FOR REHEARING

**TO THE HONORABLE JUSTICES OF SAID COURT:**

COMES NOW, Patricia Branson, Appellant, and asks the Court for a rehearing on the Court's Memorandum Opinion and Judgment entered on December 3, 2014, dismissing Appellant's appeal.

### ISSUE PRESENTED

Whether the Court erred in dismissing this appeal because of a typographical error in the Notice of Appeal that was subsequently corrected in the Docketing Statement on file herein.

### STATEMENT OF FACTS AND ARGUMENT

This Appeal was commenced by the filing of a Notice of Appeal that stated the trial court judgment was dated on April 11, 2014, instead of the correct date of April 15, 2014. The Docketing Statement filed herein under Section II correctly states that the date of the Judgment being appealed was April 15, 2014 (See Exhibit "A") The Court's opinion is based upon and refers to a discrepancy in dates of the trial court's judgment. This discrepancy was called to the attention of Appellant's counsel by two emails from the Court's Clerk. Appellants' counsel did not see such emails until the Court's opinion was received. Appellant's counsel's office has been experiencing major trouble with its Dell computer system concerning online, email, and e-filing with the Courts. Failure to respond to the Clerk's request was due to inadvertence, a failure to receive or an error

and mistake rather than to any conscious indifference to correct this typographical error. (See Exhibit "B" – an Amended Notice of Appeal)

This situation is similar to a motion to set aside a no-answer default judgment where the failure to answer was not intentional but was accidental. The record shows that there was no conscious indifference involved in perfecting the appeal of this cause. Patricia Branson, the Appellant, has a meritorious claim concerning the suitability of the appointment of the Independent Executor in her mother's estate.

The only requirement of a motion for rehearing under this Rule 49 is that the motion "clearly state the points relied on for the hearing." Thus, argument and authorities are not required.

*Klein vs. Reynolds*, 923 S.W.2d 45 (Tex. App.- Houston, 1st Dist. 1995, no writ).

WHEREFORE, PREMISES CONSIDERED, Patricia Branson, Appellant, requests the Court on rehearing to withdraw its Opinion, replace the suit on its docket, and grant a thirty day extension for the filing of Appellant's Brief.

Respectfully submitted,

___/S/ Lawrence L. Beason___
Lawrence L. Beason
416 N. Pacific St.
Mineola, TX 75773
Telephone: 903-569-2627
Telefax: 903-569-9674

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was faxed to Steve Stark at fax no. 903-675-6454 on this the 18th day of December, 2014.

_/s/Lawrence L. Beason_

Lawrence L. Beason

**Appellate Docket Number:** 12-14-00244-CV _____

**Appellate Case Style:** <u>Re: Estate of Thelma Paula Taylor Erwin</u> _____

## DOCKETING STATEMENT (CIVIL)

**Twelfth Court of Appeals County Courthouse**
**501 Washington Ave., Rm 415**
**Athens, Texas 76701-1373**
**(254) 757-5200**

**[to be filed in the court of appeals upon perfection of appeal**
**under TRAP 32]**

| I.       Parties (TRAP 32.1(a), (e)): | |
|---|---|
| Appellant(s):<br>Patricia Branson<br><br><br><br>(*See* note at bottom of page) | Appellee(s):<br>Gerald Taylor as Independent Executor of the Estate of Thelma Pauline Taylor Erwin<br><br><br>(*See* note at bottom of page) |
| Attorney (lead appellate counsel):<br><br>Lawrence L. Beason | Attorney (lead appellee counsel, if known; if not, then trial counsel):<br><br>Steve Stark |
| Address (lead counsel):<br>416 N. Pacific Street<br>Mineola, TX 75773 | Address (lead appellee counsel, if known; if not, then trial counsel):<br><br>110 E. Corsicana<br>Athens, TX 75751 |
| Telephone Number:<br>(include area code) 903-569-2627 | Telephone Number:<br>(include area code) 903-675-5691 |
| Fax Number: 903-569-9674<br>(include area code) | Fax Number: 903-675-6454<br>(include area code) |
| Email: dixie444@att.net | Email: dixie444@att.net |
| SBN (lead counsel): 01991000 | SBN (lead counsel): 01911000 |



EXHIBIT "A"

If not represented by counsel, provide appellant's/appellee's address, telephone number, and fax number. On Attachment 1, or a separate attachment if needed, list the same information stated above for any additional parties to the trial court's judgment.

## II. Perfection Of Appeal And Jurisdiction (TRAP 32.1(b), ( c), (g), (j)):

| | |
|---|---|
| Date order or judgment signed:<br><br>April 15, 2014<br><br><br><br>(Attach a copy showing signature, if possible) | Date notice of appeal filed in trial court:<br><br>June 2, 2014<br><br>(Attach file-stamped copy; if mailed to the trial court clerk, also give the date of mailing) |
| What type of judgment? (e.g., jury trial, bench trial, summary judgment, directed verdict, other (specify))<br><br>bench trial | Interlocutory appeal of appealable order:<br>Yes ☐     No ■<br><br>(Please specify statutory or other basis on which interlocutory order is appealable) (*See* TRAP 28)<br><br>NA |
| If money judgment, what was the amount? NA<br><br>Actual damages: NA | Accelerated appeal (*See* TRAP 28):<br>Yes ☐     No ■ |
| Punitive (or similar) damages: NA | (Please specify statutory or other basis on which appeal is accelerated) NA |
| Attorneys' fees (trial): NA | |
| Attorneys' fees (appellate): NA | |
| Other (specify): NA | Appeal that receives precedence, preference, or priority under statute or rule?<br>Yes ☐     No ■<br><br>(Please specify statutory or other basis for such status)<br><br>NA |

<div align="center">CAUSE NO. 28-2014</div>

| | | |
|---|---|---|
| In RE:<br>ESTATE OF THELMA PAULINE<br>TAYLOR ERWIN, deceased | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE PROBATE COURT<br><br><br>Of<br><br><br>HENDERSON COUNTY, TEXAS |

<div align="center">

**AMENDED**
**NOTICE OF APPEAL**

</div>

This Appeal is from an Order of Judge Richard Sanders of the County Court of Henderson County, Texas admitting the Will of Thelma Pauline Taylor Erwin, appointing Gerald Lynn Taylor as Independent Executor and authorizing the issuance of Letters Testamentary, signed on April 15, 2014.

Thereafter a request for Findings of Facts and Conclusions of Law was timely filed with the Court. Patricia Branson desires to appeal to the 12th Court of Appeals and hereby gives notice of appeal by this amended notice.

<div style="margin-left:50%">

Respectfully submitted,

_Lawrence L Beason_
Lawrence L. Beason
SBA #01991000
416 N. Pacific Street
Mineola, TX 75773
Telephone: 903-569-2627
Telefax: 903-569-9674
ATTORNEY FOR PATRICIA BRANSON

</div>

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

The undersigned hereby certifies that a true and correct copy of the Amended Notice of Appeal was served on Steve Stark in accordance with the Texas Rules of Civil Procedure on December 18, 2014, by regular mail to 110 E. Corsicana Street, Athens, Texas 75751.

<div style="margin-left:50%">

_Lawrence L. Beason_
Lawrence L. Beason

</div>

<div align="center">

**EXHIBIT "B"**

</div>